Bruce B. Brunda (SBN 108,898)
STETINA BRUNDA GARRED & BRUCKER
75 Enterprise, Suite 250
Aliso Viejo, CA 92656
Email: litigate@stetinalaw.com
Tel: (949) 855-1246
Fax: (949) 855-6371

Attorneys for Defendants
Forever 21, Inc., Forever 21 Logistics,
LLC, and Forever 21 Retail, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROVATA, INC.<br><br>　　Plaintiff<br><br>vs.<br><br>FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.; and DOES 1 through 50, inclusive<br><br>　　Defendants | Case No. SACV07-1196 JVS (MLGx)<br><br>**ANSWER OF DEFENDANTS FOREVER 21, INC., FOREVER 21 LOGISTICS, LLC, AND FOREVER 21 RETAIL, INC. TO PLAINTIFF'S COMPLAINT** |

Defendants Forever 21, Inc.; Forever 21 Logistics, LLC; and Forever 21 Retail, Inc. (collectively "Forever 21") hereby answer the Complaint in this matter as follows:'

## **JURISDICTION AND VENUE**

1. Without admitting any wrongdoing, Forever 21 admits that the Complaint, includes the referenced causes.

2. Forever 21 admits the jurisdictional allegations of this Paragraph.

3. Forever 21 admits that venue is proper in this district.

4. Forever 21 admits that personal jurisdiction exists over the named Defendants.

## PARTIES

5. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

6. Forever 21 admits the allegations of this Paragraph.

7. Forever 21 admits the allegations of this Paragraph.

8. Forever 21 admits the allegations of this Paragraph.

9. Forever 21 admits the allegations of this Paragraph.

10. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

11. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

## FACTUAL BACKGROUND
## TROVATA PRODUCTS AND DEFENDANTS' WRONGFUL CONDUCT

12. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

13. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

14. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

15. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

16. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

17. Forever 21 is without sufficient information to form a belief as to

1. matters set forth in this Paragraph and, on that basis, deny those allegations.

2. 18. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

3. 19. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

4. 20. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

5. 21. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

6. 22. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

7. 23. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

8. 24. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

9. 25. Forever 21 denies the allegations of copying and infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

10. 26. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

11. 27. Forever 21 is without sufficient information to form a belief as to

matters set forth in this Paragraph and, on that basis, deny those allegations.

28. Forever 21 denies the allegations of copying and infringement. Forever 21 further denies the allegations that it produces the accused products. Forever 21 admits that it has no authorization or license from Plaintiff, but denies that any such authorization or license is necessary. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations.

29. Forever 21 denies the allegations set forth in this Paragraph.

30. Forever 21 denies the allegations set forth in this Paragraph.

31. Forever 21 admits that it has not obtained Trovata's authorization or consent to sell the accused products, but denies that any such authorization or consent is necessary

32. Forever 21 denies the allegations set forth in this Paragraph.

33. Forever 21 denies the allegations set forth in this Paragraph.

## **FIRST CAUSE OF ACTION**
### **(Trade Dress Infringement)**

34. Forever 21 repeats and realleges its responses to the allegations set forth in Paragraphs 1-33, as if fully set forth herein.

35. Forever 21 is without sufficient information to form a belief as to matters set forth in this Paragraph and, on that basis, deny those allegations.

36. Without admitting any wrongdoing, Forever 21 admits that it is or has been engaged in the sale of at least some of the accused products.

37. Forever 21 denies the allegations set forth in this Paragraph.

38. Forever 21 denies the allegations of infringement. Forever 21 has insufficient information as to the remaining allegations to form an opinion as to their truth and, on that basis, denies those allegations

39. Forever 21 admits that it does not have Plaintiff's permission to market the accused products, but denies that any such permission is necessary.

40. Forever 21 denies the allegations set forth in this Paragraph.

41. Forever 21 denies the allegations set forth in this Paragraph.

42. Forever 21 denies the allegations set forth in this Paragraph.

43. Forever 21 denies the allegations set forth in this Paragraph.

44. Forever 21 denies the allegations set forth in this Paragraph.

45. Forever 21 denies the allegations set forth in this Paragraph.

## SECOND CAUSE OF ACTION

### (False Designation of Origin)

46. Forever 21 repeats and realleges its responses to the allegations set forth in Paragraphs 1-45, as if fully set forth herein.

47. Forever 21 denies the allegations set forth in this Paragraph.

48. Forever 21 denies the allegations set forth in this Paragraph.

49. Forever 21 denies the allegations set forth in this Paragraph.

50. Forever 21 denies the allegations set forth in this Paragraph.

51. Forever 21 denies the allegations set forth in this Paragraph.

## THIRD CAUSE OF ACTION

### (False Advertising In Violation of the Lanham Act)

52. Forever 21 repeats and realleges its responses to the allegations set forth in Paragraphs 1-51, as if fully set forth herein.

53. Forever 21 denies the allegations set forth in this Paragraph.

54. Forever 21 denies the allegations set forth in this Paragraph.

55. Forever 21 denies the allegations set forth in this Paragraph.

56. Forever 21 denies the allegations set forth in this Paragraph.

57. Forever 21 denies the allegations set forth in this Paragraph.

58. Forever 21 denies the allegations set forth in this Paragraph.

## FOURTH CAUSE OF ACTION

### (Common Law Unfair Competition)

59. Forever 21 repeats and realleges its responses to the allegations set forth

in Paragraphs 1-58, as if fully set forth herein.

60. Forever 21 denies the allegations set forth in this Paragraph.

61. Forever 21 denies the allegations set forth in this Paragraph.

62. Forever 21 denies the allegations set forth in this Paragraph.

63. Forever 21 denies the allegations set forth in this Paragraph.

64. Forever 21 denies the allegations set forth in this Paragraph.

## FIFTH CAUSE OF ACTION

### (Unfair Competition In Violation of California Business And Professions Code Section 17200)

65. Forever 21 repeats and realleges its responses to the allegations set forth in Paragraphs 1-64, as if fully set forth herein.

66. Forever 21 denies the allegations set forth in this Paragraph.

67. Forever 21 denies the allegations set forth in this Paragraph.

68. Forever 21 denies the allegations set forth in this Paragraph.

69. Forever 21 denies the allegations set forth in this Paragraph.

## SIXTH CLAIM FOR RELIEF

### (False Advertising In Violation of California Business And Professions Code Section 17500)

70. Forever 21 repeats and realleges its responses to the allegations set forth in Paragraphs 1-69, as if fully set forth herein.

71. Forever 21 denies the allegations set forth in this Paragraph.

72. Forever 21 denies the allegations set forth in this Paragraph.

73. Forever 21 denies the allegations set forth in this Paragraph.

74. Forever 21 denies the allegations set forth in this Paragraph.

## SEVENTH CLAIM FOR RELIEF

### (Dilution In Violation Of California Business and Professions Code Section 14330)

75. Forever 21 repeats and realleges its responses to the allegations set forth

in Paragraphs 1-74, as if fully set forth herein.

76. Forever 21 denies the allegations set forth in this Paragraph.

77. Forever 21 denies the allegations set forth in this Paragraph.

78. Forever 21 denies the allegations set forth in this Paragraph.

79. Forever 21 denies the allegations set forth in this Paragraph.

80. Forever 21 denies the allegations set forth in this Paragraph.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

1. One or more claims of Plaintiff's Complaint fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

2. One or more of Plaintiff's products, designs and/or labels do not function as a trademark.

### THIRD AFFIRMATIVE DEFENSE

3. One or more of Plaintiff's products, designs and/or labels are merely ornamental.

### FOURTH AFFIRMATIVE DEFENSE

4. One or more of the claims of the Complaint are barred by the doctrines of waiver, acquiescence and/or estoppel.

### FIFTH AFFIRMATIVE DEFENSE

5. One or more of Plaintiff's products, designs and/or labels is functional.

### SIXTH AFFIRMATIVE DEFENSE

6. One or more of Plaintiff's claims is preempted by federal law, including the Doctrine of Copyright Preemption (17 U.S.C. §301 et seq.)

### SEVENTH AFFIRMATIVE DEFENSE

7. One or more of the products, designs and/or labels asserted in the Complaint are not original to Plaintiff.

### EIGHTH AFFIRMATIVE DEFENSE

8. Plaintiff has acted with unclean hands in relation to this action.

### NINTH AFFIRMATIVE DEFENSE

9. Plaintiff has not sustained damages.

### TENTH AFFIRMATIVE DEFENSE

10. Plaintiff has failed to mitigate damages, if any, relating to one or more claims of the Complaint.

### ELEVENTH AFFIRMATIVE DEFENSE

11. One or more of the claims of the Complaint are barred to the extent that and in the proportion that the acts and/or omissions of persons or entities other than Defendants caused and contributed to the damage of which Plaintiff complains against Defendants.

### PRAYER FOR RELIEF

WHEREFORE, Forever 21 requests judgment on the matter as follows:

A. That Plaintiff be denied all relief in this action.

B. That Plaintiff's Complaint be dismissed with prejudice.

C. That Plaintiff take nothing by its Complaint.

D. That Forever 21 be awarded its reasonable attorneys fees incurred in relation to this action.

E. That Forever 21 be awarded its costs, expenses, and disbursements incurred in connection with this action.

///
///
///
///
///
///
///

F.  That Forever 21 be awarded such additional further relief as this Court deems just and proper.

Dated: November 26, 2007    STETINA BRUNDA GARRED & BRUCKER

By: s/Bruce B. Brunda
    Bruce B. Brunda
    Attorneys for Defendants
    Forever 21, Inc., Forever 21 Logistics, LLC, and Forever 21 Retail, Inc.

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on November 26, 2007, a true and correct copy of the foregoing was served via U.S. Mail, postage prepaid upon the following counsel of record:

Jean A. Hobart
Bart L. Kessel
Anne Swoboda Cruz
Tucker Ellis & West LLP
515 South Flower Street, Forty-Second Fl.
Los Angeles, CA 90071

Frank J. Colucci
Colucci & Umans
218 East 50th Street
New York, NY 10022

s/Bruce B. Brunda_____

T:\Client Documents\FASHT\094L\Answer.doc