COLUCCI & UMANS
FRANK J. COLUCCI (*Application For Admission Pro Hac Vice Pending*)
fcolucci@colucci-umans.com
DAVID M. DAHAN (*Admitted Pro Hac Vice*)
ddahan@colucci-umans.com
218 East 50th Street
New York, New York 10022
Telephone:   212.935.5700
Facsimile:   212.935.5728

TUCKER ELLIS & WEST LLP
JEAN A. HOBART – STATE BAR NO. 146993
BART L. KESSEL – STATE BAR NO. 125080
ANNE SWOBODA CRUZ – STATE BAR NO. 229819
515 SOUTH FLOWER STREET, FORTY-SECOND FLOOR
LOS ANGELES, CALIFORNIA 90071-2223
Telephone:   213.430.3400
Facsimile:   213.430.3409

Attorneys for Plaintiff,
TROVATA, INC.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| TROVATA, INC.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FOREVER 21, INC.; FOREVER 21 LOGISTICS, LLC; FOREVER 21 RETAIL, INC.; and DOES 1 through 50, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.<br>SACV07-1196 JVS (MLGx)<br><br>**DECLARATION OF JOHN WHITLEDGE IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |

<u>DECLARATION OF JOHN WHITLEDGE</u>

　　　　Pursuant to 28 U.S.C. § 1746, **John Whitledge** declares under penalty of perjury as follows:

　　　　1.　　I am an original founder and the creative director of Trovata, Inc. ("Trovata"), a corporation organized and existing under the laws of the State of Florida with its principal place of business located at 505 31st Street, Newport

Beach, California 92663.

2. I founded Trovata in 2001, assuming the role of C.E.O. and Creative Director. After developing and shipping the first season to Barneys New York, Ron Herman, and American Rag out of my dorm room I invited 3 college friends to join me as founding shareholders - Josia Lamberto-Egan, who took on the role of Production Director; Jeff Halmos, who became our Sales and Marketing Manager; and Sam Shipley as Graphic Designer.

3. By virtue of my position I have had, and have, full access to all of the files, books and records of Trovata, which are maintained in the ordinary course of business, and I am authorized to make this declaration on behalf of Trovata.

4. The word "Trovata" translates to "good idea" in Italian.

5. Trovata is the owner of United States Registration No. 2,924,822 of the mark TROVATA for clothing in International Class 25. A true and correct copy of said registration is attached hereto and incorporated herein by reference as Exhibit 1.

6. Trovata also owns United States Registration No. 3,414,165 of the "T" design mark in International Classes 18 and 25. A true and correct copy of said registration is attached hereto and incorporated herein by reference as Exhibit 2.

7. The TROVATA trademark has been in use since February 1, 2002 and is currently in use.

8. As will become apparent from the Exhibits attached to this Declaration, TROVATA fashion is defined by detail and quality: decorative seam taping, original fabric prints, buttons of different sizes, shapes and designs and distinctive stripes.

9. As a result of aggressive and innovative marketing, during the early 2000s, trade magazines described Trovata as the "hot new label". Our very first collection, "from the dorm room" sold in Barneys New York, Ron Herman and American Rag -- a remarkable accomplishment for a small start-up company out of

1. Newport Beach, California and almost unheard of in the fashion world dominated by the New York market. Attached hereto and incorporated herein by reference as Exhibit 3 is a copy of an article from *Time Out New York* dated September 2003, lauding the Trovata designers "whose names should be on your most-wanted list".

10. Trovata products have also been sold through numerous high-end retailers including Louis Boston, Colette and Harvey Nichols.

11. In the summer of 2002, Trovata took its line to Europe, Asia and Australia. Today the Trovata brand enjoys a worldwide reputation. See sampling of press coverage from Australia and Japan attached hereto and incorporated herein by reference as collective Exhibit 4. See also copy of "'Parent Teacher Arts & TROVATA' Polish Language Flash Cards," one of the advertising packets we created for our European market attached hereto and incorporated herein by reference as Exhibit 5.

12. By 2005, Trovata expanded its collection to women's wear and received praise in the fashion industry for its innovation and originality.

13. Trovata has won numerous awards, such as the Ecco Domani Fashion Foundation award and the CFDA (Council of Fashion Designers of America)/Vogue Fashion Fund award, which included a prize of $200,000. See attached article from *Women's Wear Daily* dated May 2006 attached hereto and incorporated herein by reference as Exhibit 6.

14. The Trovata brand matured over the next six years, and we launched our own store in Newport Beach, California in 2007. See copy of articles from *Women's Wear Daily* August 28, 2007 and the *The New York Times* Style Section of April 10, 2008 attached hereto and incorporated herein by reference as Exhibit 7, announcing the opening of the Trovata store in Newport Beach.

15. Trovata enjoys the respect and admiration of the fashion world for its unique styles, as well as its whimsical stories that accompany each new season. It has received unprecedented unsolicited publicity.

16. Our "buttons and stripes" became so popular that we found celebrities wearing our designs in unsolicited magazine photos. See copy of *GQ* April 2006 featuring the Oscar nominated actor Heath Ledger wearing a signature stripe TROVATA sweater, attached hereto and incorporated herein by reference as Exhibit 8.

17. Behind the success of the Trovata brand is the fact that Trovata is more than simply a clothing company. Trovata is an original artistic creation. The original founders used their collective imaginations and individual creativity to produce and market clothing that would be enjoyed by our customers. The quirky buttons, unique fabrics, distinctive stripes, the imaginative stories that accompany each of our collections, and the distinctive "T" design label were created by myself and Trovata employees from our own experience, backgrounds and lifestyles, and these have become the signature of the Trovata line.

18. Each of our collections is based on a fictional story that the purchaser can read through as they acquire more apparel. Season One was a California boy involved in the surfing community, whose parents sent him to an East coast boarding school; A subsequent season told of a Paris family in the candy business in 1959 who went from a lavish lifestyle to poverty; The Fall 2006 Collection was a murder mystery. The Spring 2008 collection features two young architects who visit Brazil in 1968 and try to impress a pair of beautiful Brazilian girls. Attached hereto and incorporated herein by reference as Exhibit 9 is a copy of a *New York Magazine,* September 2006 article discussing the "sunny, preppy, silly, character-driven clothes" of Trovata.

19. Since all of the Trovata founders were "surfer dudes" we used our creative talents and published a fictional magazine called *Scuba National*, which was one of our first advertising/public relations pieces. See copy attached hereto and incorporated herein by reference as Exhibit 10.

20. In keeping with our imaginative stories, we even fashioned our labels

with unique and creative elements, which have been referred to in the press as "near works of art". See copy of article from *Los Angeles Confidential* October 2006 attached hereto and incorporated herein by reference as Exhibit 11.

    21.    The "T" design mark, which we use on our garment labels, consists of the capital letter "T" in a circle, intertwined with flowers, bordered by an ornamental wreath of daffodils, iris and other flowers and plants. The "T" design is a unique combination of elements, which creates a distinct impression that distinguishes our garments. See the design below:



    22.    In addition, rather than simply insert the usual required language for the legally mandated "care label", we created a personalized story line for the Trovata care label, which reads as follows:

> "If you want this thing to last, I would suggest to machine wash with similar colors cold, do not use chlorine bleach, tumble dry low. Iron if needed. I know you already know all this. Sam"

See copy of label attached hereto and incorporated herein by reference as Exhibit 12.

    23.    As demonstrated above, Trovata's garments are recognizable in the industry for their original design, innovative marketing, and high quality. Therefore, we can unequivocally say that no other vendor in the marketplace uses similar labels.

    24.    In February 2007, I was surprised to discover that Forever 21 was selling garments in its stores that had labels virtually identical to Trovata's and that

-5-    DECLARATION OF JOHN WHITLEDGE
IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

1  copied Trovata's own garments "stitch by stitch."

2  25.  Forever 21 blatantly and intentionally copied the entirety of Trovata's distinctive original "T" label. Through digital technology, Forever 21 simply substituted the letter "F" for the Trovata "T" and the word "FOREVER" for "TROVATA". On close examination, one can see that the left side of the top bar of the "T" has simply been digitally erased and the center bar of the letter "F" has been superimposed onto the original "T." The surrounding intertwining flowers, ornamental floral border and background striping are the original Trovata label. The word TROVATA has been digitally erased at the bottom of the design and replaced with the word "FOREVER" leaving the background striping and the birds at the end of the word. If inspected closely, it can be noted that the tails of the birds are missing; that is because those portions of the birds were drawn over the word TROVATA. Therefore, in erasing the word TROVATA and substituting FOREVER, the tails of the birds were also erased. See copies attached hereto and incorporated herein by reference as Exhibit 13.

26.  In addition, Forever 21 intentionally duplicated Trovata's care label word-for-word, including its folksy language, grammatical errors, and even down to the signature of "Sam," one of the founders, Sam Shipley. See label below and copies attached hereto and incorporated herein by reference as Exhibit 14.

27.  Forever 21 is a "down-market" retailer that sells inexpensive garments and is notorious in the fashion industry for is predatory practices. Anna Sui, Marc Jacobs, Gucci and Diane von Furstenberg have all had their designs copied by Forever 21. See attached articles attached hereto and incorporated herein by reference as Exhibit 15 from *The New York Post March 2007 and May 2007*, as well as *Radar Online*, detailing the predatory practices of Forever 21.

28.  In addition to duplicating Trovata's labels, Forever 21 has willfully and intentionally copied Trovata's trade dress.

29.  One such trade dress exclusively created and owned by Trovata is the

-6-

DECLARATION OF JOHN WHITLEDGE
IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

"Fife S/S Voile Blouse". The "Fife" pattern is a tight grouping of four dots spaced evenly in a "box" pattern with boxes repeated across the garment forming intersecting, diagonal lines; the silhouette has ruffles on the short-sleeve opening, neck and along a unique and asymmetrical front opening; button closure capped sleeves; mismatched buttons for the sleeve closures; use of two-hole buttons with contrast outline; 2-hole buttons spaced evenly down the asymmetrical front opening; contrast burgundy thread used for button sewing and buttons sewn on with contrast thread running vertically instead of horizontally.

30. Forever 21 copied the "Fife S/S Voile Blouse" as to pattern scale, color, weight and silhouette. It even copied the vertically contrasting stitching of the 2-hole buttons exactly as used by Trovata. See photos attached hereto and incorporated herein by reference as Exhibits 16 and 17.

31. Forever 21 also copied the trade dress of Trovata's popular Luge Hoodie. Made of jersey, this hoodie has an O-ring zipper closure and unique self-fabric tab/button closure. It has five brown leather buttons spaced evenly down the front center placket; self-rib outlined teardrop shaped pockets with buttons; self-rib outlined hood and bottom opening; and the hood has a jersey liner with a brown and white color pattern combination.

32. The infringing Forever 21 copy is exact as to fabric, weight, and color. Forever 21 copied the Trovata hoodie down to the exact placement of its infringing labels, buttons and ribbing. In an effort to slightly distinguish its copy, Forever 21 substituted a brown and white check hood lining for Trovata's brown and white pattern lining. See photo attached hereto and incorporated herein by reference as Exhibit 18.

33. The Berber Polo with Four Stripes is one of Trovata's signature stripe patterns. It has three buttons spaced evenly down the front placket; contrast navy "repair" stitching over the bottom front placket; "Frankenstein" sewing on the left armhole and at the bottom hem; and contrast color taping on the inside of both

1  vents.

2  34.  Forever 21 copied the colors, pattern and stripe scale, fabric weight and silhouette of the Berber Polo. In a thinly disguised attempt at originality, Forever 21 reversed the colors in the stripes. See Exhibit 19 attached hereto and incorporated herein by reference.

35.  The Merchant S/S Henley was also copied by Forever 21. This Henley has five buttons of mismatched sizes and colors, with the smallest button approximately half the size of the largest; the buttons appear on the center front placket in ascending order (smallest to biggest).

36.  Forever 21 copied this garment to stripe scale, fabric weight and silhouette. Of particular note, Forever 21 even copied the placement and sizing of the buttons. See Exhibit 20 attached hereto and incorporated herein by reference.

37.  Another trade dress infringement is the Highlands shirt. Again, this is one of Trovata's signature patterns. The shirt has a tight grouping of a five-dot over-all pattern; 4-hole buttons with contrast color backing used for center front and 2-hole shiny buttons with flat face used for the sleeve opening; seven 4-hole buttons on the front; contrast thread used for button sewing.

38.  The infringing Forever 21 shirt copied the body color, pattern scale, silhouette and fabric weight, even mimicking the 4-hole and 2-hole button placement sewn with contrasting stitching. See Exhibit 21 attached hereto and incorporated herein by reference.

39.  Finally, Forever 21 duplicated Trovata's Outpost Cardigan, which comes in two versions. Forever 21 copied both versions of this sweater down to the body color, including exactly two color variations, stripe scale, stripe color, fabric weight and silhouette. See Exhibits 22 and 23 attached hereto and incorporated herein by reference. Note that this is the Trovata sweater worn by Heath Ledger in Exhibit 8.

40.  All of the foregoing original styles created and sold by Trovata

-8-  DECLARATION OF JOHN WHITLEDGE
IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

Case 8:07-cv-01196-JVS-MLG    Document 24    Filed 05/12/08    Page 9 of 10

featured Trovata's "T" label.

41.    Forever 21 intentionally and willfully copied the authentic and original Trovata labels then used them deliberately in merchandise that copied Trovata's trade dress down to the details that define the Trovata brand, the stripe patterns and button size, shapes and placement.

42.    The harm Trovata has suffered and will continue to suffer because of Forever 21's aforementioned actions is incalculable.  While Trovata has enjoyed success and acclaim it is still a nascent company whose continued viability depends on its ability to profit from the fruits of its labor, innovation and creativity.  Among the harms Trovata faces from Forever 21's conduct is that consumers may stop purchasing legitimate Trovata merchandise if they believe, albeit erroneously, that they could obtain the same items at Forever 21, particularly considering that Forever 21 has a substantially greater retail presence than Trovata.  Trovata will be further damaged because its retail clients will no longer be willing to purchase designs that are exclusive to Trovata if they see that mass market retailers such as Forever 21 are selling the same items at substantially lower prices.

43.    Unless enjoined by the Court, Forever 21's actions will continue to undermine Trovata's reputation and continue to divert customers and profits from Trovata and its retail locations.  Further, without any control over the nature and quality of Forever 21's goods, Trovata faces irreparable injury and further damage to its reputation and standing as an innovative trend-setting company.

-9-    DECLARATION OF JOHN WHITLEDGE
IN SUPPORT OF MOTION
FOR SUMMARY JUDGMENT

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Dated:  Newport Beach, California
4  May 12, 2008

TROVATA, INC.

By: _____
John Whitledge

-10-   DECLARATION OF JOHN WHITLEDGE
       IN SUPPORT OF MOTION
       FOR SUMMARY JUDGMENT